**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GROVE ACQUISITION CO 2024, LLC,**<br><br>**Plaintiff,**<br><br>**- against -**<br><br>**CHIYA ARYEH and AARON EICHORN,**<br><br>**Defendant.** | **Case No. 26-cv-4761**<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, the undersigned counsel, hereby certifies on behalf of the Defendants as follows:

1. Defendant Chiya Aryeh is a citizen of the State of New York.
2. Defendant Aaron Eichorn is a citizen of the State of New York.

Dated: New York, New York
June 5, 2026

SADIS & GOLDBERG LLP

/s/ Ben Hutman

By: Ben Hutman
551 Fifth Avenue, 21st Floor
New York, New York 10176
Telephone: (212) 573-6675
Email: bhutman@sadis.com

*Counsel for Defendants Chiya Aryeh and Aaron Eichorn*