**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GROVE ACQUISITION CO 2024, LLC,**<br><br>**Plaintiff,**<br><br>**- against -**<br><br>**CHIYA ARYEH and AARON EICHORN,**<br><br>**Defendants.** | **Case No: 26-cv-4761-RA**<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Justin N. Kattan, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for Plaintiff Grove Acquisition CO 2024, LLC, in the above-captioned action, and requests that copies of papers served in this action be served on the undersigned.

Dated: June 15, 2026

By: /s/ *Justin N. Kattan*
Justin N. Kattan

DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6923
justin.kattan@dentons.com

*Counsel for Grove Acquisition Co. 2024, LLC*