**DENTONS**

**Justin N. Kattan**

Justin.kattan@dentons.com
D    +1 212-768-6923

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

Application granted. The initial conference and all deadlines are adjourned *sine die*. The case is remanded to the Supreme Court of the State of New York.

SO ORDERED.

_____

Hon. Ronnie Abrams
June 29, 2026

June 15, 2026

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Grove Acquisition Co. 2024, LLC v. Aryeh et al.*, 26-cv-04761-RA:
       Joint Letter Motion to Remand Case to Supreme Court of the State of New York

Dear Judge Abrams:

The parties jointly write to inform the Court that, following the filing of Defendants' notice of removal, Plaintiff represented to Defendants that the ultimate members of Plaintiff, Grove Acquisition Co. 2024, LLC ("Grove")—through a series of non-corporate entities—include TPG RE Finance Trust, Inc. ("TPG RE"), a Maryland corporation which Plaintiff represents has a principal place of business in New York.  Defendants also reside in New York.

Based on Plaintiff's representation that Grove's citizenship includes New York through TPG RE, Defendants agree that complete diversity of citizenship is lacking under 28 U.S.C. § 1332.  Accordingly, the Court lacks subject matter jurisdiction over this action.

The parties therefore respectfully request that the Court remand this action to the Supreme Court of the State of New York, County of New York, pursuant to 28 U.S.C. § 1447(c).

The parties further respectfully request that (i) Defendants' deadline to respond to the Complaint, currently due today, be adjourned pending the Court's determination of this request, and (ii) the Initial Conference presently scheduled for July 10, 2026 and all associated deadlines be adjourned *sine die*.

The parties thank the Court for its consideration.

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

**DENTONS**

dentons.com

Respectfully submitted,

/s/ *Justin N. Kattan*
Justin N. Kattan
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6923
justin.kattan@dentons.com

*Counsel for Grove Acquisition Co. 2024, LLC*

/s/ *Ben Hutman*
Ben Hutman
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
(212) 573-6675
bhutman@sadis.com

*Counsel for Chiya Aryeh and Aaron Eichorn*